UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV -5 A 8:07
US DISTRICT COURT
BRIDGEPORT CT

CHARLES CARR

v.

BRIAN MURPHY

PRISONER
Case No. 3:03cv527 (JCH)

## JUDGMENT

This cause came on for consideration on the plaintiff's complaint before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the complaint and all the related papers. On October 27, 2003, the Court filed its Ruling and Order dismissing the complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Therefore, it is **ORDERED** and **ADJUDGED** that the complaint is dismissed without prejudice and the matter closed.

Dated at Bridgeport, Connecticut this 4th of November, 2003.

KEVIN F. ROWE, Clerk

By _____
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____